

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2018

No. 04-17-00717-CR

Wayne Edward **WEIRICH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6261
Honorable N. Keith Williams, Judge Presiding

# **O R D E R**

Appellant's Unopposed Motion For Leave to File Amended Brief is granted.

Luz Elena D. Chapa, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court